RECEIVED
IN CLERK'S OFFICE
OCT 09 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
__Columbia__ DIVISION

__Chase Edward Lucas__,
(Name)
__563741__,
(Prison Id. No.)

_____,
(Name)
_____,
(Prison Id. No.)

Plaintiff(s)

v.

__Allen Chalk__,
(Name)
_____,
(Name)

Defendant(s)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)

Civil Action No. _____
(To be assigned by the Clerk's Office. Do not write in this space.)

JURY TRIAL REQUESTED  X  YES  ___ NO

(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
PURSUANT TO 42 U.S.C. § 1983**

I. **PARTIES TO THIS LAWSUIT**

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: __Chase Edward Lucas__
   Prison I.D. No. of the first plaintiff: __563741__
   Address of the first plaintiff: __1440 Union Springs Road, P.O. Box 679,__
   __Whiteville, TN 38075    Whiteville Correctional Facility__

   Status of Plaintiff:  CONVICTED ( X )    PRETRIAL DETAINEE (___)

2. Name of the second plaintiff: _____
   Prison I.D. No. of the second plaintiff: _____
   Address of the second plaintiff: _____
   _____

   Status of Plaintiff:  CONVICTED (___)    PRETRIAL DETAINEE (___)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

    B.    Defendant(s) against whom this lawsuit is being brought:

        1.    Name of the first defendant: __Allen Chalk__
            Place of employment of the first defendant: __Whiteville Correctional Facility, Mental Health Cordinator__
            First defendant's address: __1440 Union Springs Road, Whiteville TN, 38075__

            Named in official capacity? __X__ Yes     ___ No
            Named in individual capacity? ___ Yes     ___ No

        2.    Name of the second defendant: _____
            Place of employment of the second defendant: _____

            Second defendant's address: _____

            Named in official capacity? ___ Yes     ___ No
            Named in individual capacity? ___ Yes     ___ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

II.    **JURISDICTION**

    A.    Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

        If you wish to assert jurisdiction under different or additional statutes, you may list them below:

III. **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

   A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?   ___Yes   _X_No

   B. If you checked the box marked "Yes" above, provide the following information:

   1. Parties to the previous lawsuit:

      Plaintiffs ___N/A_____

      Defendants ___N/A_____

   2. In what court did you file the previous lawsuit? ___N/A___
      (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

   3. What was the case number of the previous lawsuit? ___N/A___

   4. What was the Judge's name to whom the case was assigned? ___N/A___

   5. What type of case was it (for example, habeas corpus or civil rights action)? ___N/A___

   6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) ___N/A___

   7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? ___N/A___

   8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) ___N/A___

   9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?   ___Yes   ___No

   *(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV. **EXHAUSTION**

A. Are the facts of your lawsuit related to your present confinement?

___Yes        _X_No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. Whiteville Correctional Facility, 1440 Union Springs Road, Whiteville, TN 38075

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

_X_Yes        ___No

*(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D. Have you presented these facts to the prison authorities through the state grievance procedure?        ___Yes        _X_No

E. If you checked the box marked "Yes" in question III.D above:

   1. What steps did you take? _____

   2. What was the response of prison authorities? _____

F. If you checked the box marked "No" in question IV.D above, explain why not. Page 7 of the 2018 CoreCivic Inmate Handbook states that the use of the TDOC grevance procedure is not a prerequisite to the pursuit of other remedies. Also, the Grevance procedure is bias

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?        ___Yes        _X_No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?        ___Yes        ___No

I. If you checked the box marked "Yes" in question III.H above:

   1. What steps did you take? _____

  2. What was the response of the authorities who run the detention facility? _____
  _____
  _____

  J. If you checked the box marked "No" in question IV.H above, explain why not. _____
  _____
  _____
  _____

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

8th Amendment of the U.S. Consitution, Title 6 of the 1983 Prisoner Civil Right's Act, and All Right's Related to the Prison Rape and Elemination Act.

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

I, Chase Edward Lucas, the Plaintiff An Inmate at Whiteville Correctional Facility do Declare that On the week of September 10th thru September 14th, I Walked Into Medical At Whiteville Correctional Facility to talk to Allen Chalk, The Defendant, Also the Mental Health Cordinator Here. I went to talk to Mr. Chalk About Possible Counceling and Relief Of My Anxiety of being raped twice Sence being Incarcerated in The Tenessee Prision System. And Allen Chalk Did State this to Me And I Quote " One, I Beleave your lieing Anyway, Your case was dismissed and declared Unsubstatiated for lack of Evidence. Two, You Are bi-sexual Anyway, You Probably liked it" End Quote. Allen Chalk Said this out of bias twords the bi-sexual, gay community. He Implied that because Im bi-sexual I must be lieing And he Implied and Said that I liked and Deserved it Anyway. I, Chase Edward Lucas Seek Damages of $100,000 Dollers and A Public Apology and His Resignation.

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

I Chase Edward Lucas, Request ant seek Damages of At Least $100,000 Dollers, A public Apology, and His Resigination or Appropiate Disciplinary Action.

I request a jury trial.  X Yes  ___ No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: Chase Lucas  Date: 9-22-2018
Prison Id. No. 563741
Address (Include the city, state and zip code.): Whiteville Correction Facility, 1440 Union Springs Road, P.O. Box 679, Whiteville, TN 38075

Signature: _____  Date: _____
Prison Id. No. _____
Address (Include the city, state and zip code.): _____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

Case 1:18-cv-01211-JDB-cgc Document 1 Filed 10/09/18 Page 7 of 8 PageID 7

Chase Lucas # 563741
Whiteville Correctional Facility
P.O. Box 679
Whiteville, TN 38075

RECEIVED
IN CLERK'S OFFICE
OCT 09 2018
U.S. DISTRICT COURT
RECEIVED MIDDLE DISTRICT OF TN.

OCT - 4 2018
BY WCFA

Clerk, U.S. District Court
800 U.S. Courthouse
Nashville, TN 37203



US POSTAGE
$00.68
Mailed From 38075
10/04/2018
031A 0005181460