IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JUDGMENT IN A CIVIL CASE

CHASE EDWARD LUCUS,

       Plaintiff,

v.                                 Civil Action No. 1:18-cv-01211-JDB-cgc

CORECIVIC, INC. et al.,

       Defendants.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendants' Motions for Summary Judgment as to Allen Chalk, Dina Kulenovic and Corizon Health, Inc. (collectively, "Corizon Defendants" )(D.E. 105) entered in the above-styled matter on August 25, 2020, the Order Granting Defendant's Arvil Chapman, Hardeman County, and CORECIVIC's Motion to Dismiss (D.E. 107) entered on October 28, 2020, the Order Granting Defendant Kent A. Colburn's Motion to Conform Judgment (D.E. 108) entered on January 14, 2021, the Order Declining to Adopt Magistrate Judge's Report and Recommendation and Granting Defendants Tony Parker, Shawn Phillips and Kevin Genovese's Motion to Dismiss (D.E. 109) entered on March 2, 2021, this matter is hereby DISMISSED.

APPROVED:

                                                                  s/ J. Daniel Breen
                                                                  United States District Judge

THOMAS M. GOULD
CLERK

BY: s/ Evelyn Cheairs
DEPUTY CLERK